

**FILED**

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0279

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0279

DANA ROLAN, on her own behalf and on behalf of the class she represents,

Plaintiffs and Appellees,

v.

NEW WEST HEALTH SERVICES, DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY and DARWIN NATIONAL ASSURANCE COMPANY,

Defendants and Appellants.



**FILED**

AUG 17 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

ALLIED WORLD ASSURANCE COMPANY,

Counter-Claimant and Appellant,

v.

DANA ROLAN, on her own behalf and on behalf of the class she represents,

Counter-Defendants and Appellees.

Appellees Dana Rolan, and the Class she represents, have moved this Court for an order allowing her to supplement the record with a Status Report of Administration of the Class. Appellant Allied World Assurance Company has responded in opposition to Rolan's proposed supplementation.

This case was classified for submission on briefs on February 24, 2021. The Court is not in a position to determine the merits of supplementation without fully considering

the briefs and record in this appeal. Therefore, the Court will take the motion to supplement under advisement for consideration with the merits of the appeal.

THEREFORE,

IT IS ORDERED that Rolan's Motion to Supplement is TAKEN UNDER ADVISEMENT.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 17 day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices